# IN THE SUPREME COURT OF THE STATE OF NEVADA

JOHN MICHAEL DUNN,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF CLARK;
AND THE HONORABLE KERRY
LOUISE EARLEY, DISTRICT JUDGE,
Respondents,
and
THE STATE OF NEVADA,
Real Party in Interest.

No. 71151

FILED

JAN 12 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DENYING PETITION

This is a petition for a writ of mandamus challenging the district court's failure to grant petitioner's motion to unseal court records and compel production of relevant material documents as unopposed when the State filed an untimely opposition to the motion. We have reviewed the documents submitted in this matter, and without deciding upon the merits of any claims raised therein, we decline to exercise our original jurisdiction in this matter. *See* NRS 34.160. Petitioner has an adequate legal remedy, as an interlocutory decision of the district court may be

17-01184

raised on direct appeal if petitioner is convicted. *See* NRS 34.170; NRS 177.045. Accordingly, we

ORDER the petition DENIED.[1]

_____ , J.
Douglas

_____ , J.
Gibbons

_____ , J.
Pickering

cc:   Hon. Kerry Louise Earley, District Judge
      John Michael Dunn
      Attorney General/Carson City
      Clark County District Attorney
      Eighth District Court Clerk

---

[1]Because the filing fee was waived for this writ petition, no action needs to be taken regarding petitioner's motion for leave to proceed in forma pauperis.